NEW JERSEY SPORTS AND EXPOSITION AUTHORITY v. JOHN J. CARIDDI.

Feb. 27, 1979.   Petition for certification granted.   (See 164 *N.J.Super.* 127).

STATE OF NEW JERSEY v. JOSE LOPEZ.

March 5, 1979.   Petition for certification granted.

HUDSON CITY SAVINGS BANK v. HAMPTON GARDENS, LTD.

March 5, 1979.   Petition for certification denied.

JOSEPH A. LANG v. BEACON FAST FREIGHT CO., INC.

March 13, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ANNA DIMITROW.

March 13, 1979.   Petition for certification denied.

DAVID BALLENTINE v. TOWNSHIP OF BERKELEY.

March 13, 1979.   Petition for certification denied.